# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

SHELDRICK DEJOHNETTE    CIVIL ACTION NO. 15-0505

VERSUS        JUDGE ROBERT G. JAMES

CAROLYN W. COLVIN, ACTING  MAG. JUDGE KAREN L. HAYES
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

## <u>JUDGMENT</u>

For the reasons set forth in this Court's Ruling and the Report and Recommendation [Doc. No. 14] of the Magistrate Judge, to the extent adopted, and having considered the entire record in this matter, including the written objections to the Magistrate Judge's Report and Recommendation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner is AFFIRMED in its entirety, and this matter is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 15th day of June, 2016.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**